FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2018 OCT 30 PM 4: 19
CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO. 8:18-cr-511-T-23-JSS

46 U.S.C. §§ 70503(a)
70506(a) and (b)

EDDY JIMY PINARGOTE MERA,
FRANKLIN RAFAEL LOPEZ TOALA, and
RAMON ELIAS ZAMBRANO ZAMBRANO

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning on an unknown date and continuing until on or about October 18, 2018, while on board a vessel subject to the jurisdiction of the United States, in the Middle District of Florida, and elsewhere, the defendants,

EDDY JIMY PINARGOTE MERA,
FRANKLIN RAFAEL LOPEZ TOALA, and
RAMON ELIAS ZAMBRANO ZAMBRANO

did knowingly, willfully, and intentionally conspire with each other and other persons, both known and unknown to the Grand Jury, to possess with intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of 46 U.S.C. §§ 70503(a), 70506(a) and (b), and 21 U.S.C. § 960(b)(1)(B)(ii).

## COUNT TWO

From an unknown date, continuing through on or about October 18, 2018, while upon the high seas aboard a vessel subject to the jurisdiction of the United States, the defendants,

> EDDY JIMY PINARGOTE MERA,
> FRANKLIN RAFAEL LOPEZ TOALA, and
> RAMON ELIAS ZAMBRANO ZAMBRANO

did knowingly and intentionally, while aiding and abetting each other and other persons, both known and unknown to the Grand Jury, possess with intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of 46 U.S.C. §§ 70503(a) and 70506(a), 18 U.S.C. § 2, and 21 U.S.C. § 960(b)(1)(B)(ii).

## FORFEITURE

1. The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of 21 U.S.C. §§ 853 and 881, 46 U.S.C. § 70507, and 28 U.S.C. § 2461(c).

2. Upon their conviction of any of the violations alleged in Counts One and Two of this Indictment, in violation of 46 U.S.C. § 70503, the defendants,

> EDDY JIMY PINARGOTE MERA,
> FRANKLIN RAFAEL LOPEZ TOALA, and
> RAMON ELIAS ZAMBRANO ZAMBRANO

shall forfeit to the United States, pursuant to 46 U.S.C. § 70507, 21 U.S.C. § 881(a), and 28 U.S.C. § 2461(c), any and all property described in 21 U.S.C. § 881(a)(1) through (11) that was used or intended for use to commit, or facilitate the commission of, such offenses.

3. If any of the property described above, as a result of any act or omission of the defendants:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or,

   e. has been commingled with other property, which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under the provision of 21 U.S.C. § 853(p), directly and as

incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

*[signature]*
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: *[signature]*
Thomas N. Palermo
Assistant United States Attorney

By: *[signature]*
Joseph K. Ruddy
Assistant United States Attorney
Chief, Transnational Organized Crime Section

No.

**FILED**

2018 OCT 30 PM 4:19

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

EDDY JIMY PINARGOTE MERA,
FRANKLIN RAFAEL LOPEZ TOALA, and
RAMON ELIAS ZAMBRANO ZAMBRANO

## INDICTMENT

Violations:   46 U.S.C. §§ 70503(a) and 70506(a) and (b)

A true bill,

_____
Foreperson

Filed in open court this 30th day

of October 2018.

_____
Clerk

Bail $_____

GPO 863 525